# United States Court of Appeals

## For the First Circuit

No. 25-1225

VICTOR GEOVANY LOPEZ MARTINEZ; M.G.L.G.,

Petitioners,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on April 23, 2026, is amended as follows:

On page 16, line 10, replace "Un " with "Un".